```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2433
     E-mail:  mark.childs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-258-DMG |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| SAI ZHANG, et al., | |
| Defendants. | |

On May 25, 2023, defendants SAI ZHANG, PANYU ZHAO, PEIJI TONG, CHENGWU HE, HANG SU, XUANYI MU, JIAYONG YU, SHUO YANG, XIAOLEI YE, and JIAXUAN HE (collectively, "Defendants") were indicted in the above captioned case.  The indictment was filed at Docket Entry No. 12 ("Indictment").  The Indictment contained two counts and two forfeiture allegations.  Subsequently, the Defendants were indicted for the same and/or similar charges, among others, in another federal indictment filed under another case number, pending before this Court.

The Acting United States Attorney, having been advised that Defendants has not voiced an objection, moves for a dismissal without prejudice of said Indictment as to all Defendants, pursuant to Rule

1  48(a) of the Federal Rules of Criminal Procedure, in the interests of
2  justice.
3   Dated: March 21, 2025          Respectfully submitted,
4
5                                        /s/
                                      J. MARK CHILDS
6                                     Assistant United States Attorneys
7                                     Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
8